AF Approval __NA____                    Chief Approval __CB___

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:22-cr-113-CEM-EJK

EDGAR GEORGE PIKE

### PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by
Roger B. Handberg, United States Attorney for the Middle District of Florida,
and the defendant, EDGAR GEORGE PIKE, and the attorney for the
defendant, Erin Hyde, mutually agree as follows:

**A.    Particularized Terms**

1.    Counts Pleading To

The defendant shall enter a plea of guilty to Count One, Count
Two, and Count Five of the Indictment.  Counts One and Two charge the
defendant with receipt of child pornography, in violation of 18 U.S.C.
§ 2252A(a)(2) and (b)(1).  Count Five charges the defendant with possession of
child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

2.    Minimum and Maximum Penalties

Counts One and Two are each punishable by a mandatory
minimum term of imprisonment of 15 years up to 40 years, a fine of up to

Defendant's Initials ____

$250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100 per felony count.

Count Five is punishable by a mandatory minimum term of imprisonment of 10 years up to 20 years, a fine of up to $250,000, a term of supervised release of at least 5 years up to life, and a special assessment of $100.

With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the offense(s), and with respect to other offenses, the Court may order the defendant to make restitution to any victim of the offense(s), or to the community, as set forth below.

Additionally, pursuant to 18 U.S.C. § 3014, the Court shall impose a $5,000 special assessment on any non-indigent defendant convicted of an offense in violation of certain enumerated statutes involving: (1) peonage, slavery, and trafficking in persons; (2) sexual abuse; (3) sexual exploitation and other abuse of children; (4) transportation for illegal sexual activity; or (5) human smuggling in violation of the Immigration and Nationality Act (exempting any individual involved in the smuggling of an alien who is the alien's spouse, parent, son or daughter).

3.    *Alleyne v. United States* and *Apprendi v. New Jersey*

Under *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), the defendant is subject to a mandatory

Defendant's Initials_____                2

minimum sentence of 15 years' imprisonment and a maximum sentence of 40 years' imprisonment as to each of Counts One and Two because the following facts have been admitted by the defendant and are established by this plea of guilty: the defendant has a prior conviction under the laws of the state of Florida relating to aggravated sexual abuse, sexual abuse, and/or abusive sexual conduct involving a minor.

Additionally, the defendant is subject to a mandatory minimum sentence of 10 years' imprisonment and a maximum sentence of 20 years' imprisonment as to Count Five because the following facts have been admitted by the defendant and are established by this plea of guilty: the images of child pornography involved in the offense involved prepubescent minors who had not attainted 12 years of age; and the defendant has a prior conviction under the laws of the state of Florida relating to aggravated sexual abuse, sexual abuse, and/or abusive sexual conduct involving a minor.

4.    Elements of the Offenses

The defendant acknowledges understanding the nature and elements of the offenses with which defendant has been charged and to which defendant is pleading guilty.  The elements of Counts One and Two are:

First:        the defendant knowingly received an item or items of child pornography;

Defendant's Initials _____        3

Second:    the items of child pornography had been transported, shipped, or mailed in interstate or foreign commerce including by computer; and

Third:    when the defendant received the items, the defendant believed the items were or contained child pornography.

The elements of Count Five are:

First:    the defendant knowingly possessed an item or items of child pornography:

Second:    the items of child pornography had been transported, shipped, or mailed in interstate or foreign commerce including by computer; and

Third:    when the defendant possessed the items, the defendant believed the items were or contained child pornography.

5.    <u>Counts Dismissed</u>

At the time of sentencing, the remaining counts against the defendant, Count Three and Count Four, will be dismissed pursuant to Fed. R. Crim. P. 11(c)(1)(A).

Defendant's Initials _____       4

6.     <u>No Further Charges</u>

If the Court accepts this plea agreement, the United States Attorney's Office for the Middle District of Florida agrees not to charge defendant with committing any other federal criminal offenses known to the United States Attorney's Office at the time of the execution of this agreement, relating to the charged offenses.

7.     <u>Mandatory Restitution to Victims of Offense of Conviction</u>

Pursuant to 18 U.S.C. § 2259, defendant agrees to make restitution to known victims of the offense for the full amount of the victims' losses as determined by the Court. Further, pursuant to 18 U.S.C. § 3664(d)(5), the defendant agrees not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing.

8.     <u>Guidelines Sentence</u>

Pursuant to Fed. R. Crim. P. 11(c)(1)(B), the United States will recommend to the Court that the defendant be sentenced within the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines, as adjusted by any departure the United States has agreed to recommend in this plea agreement. The parties understand that such a recommendation is not binding on the Court and that, if it is not accepted by this Court, neither the United States nor the defendant will be allowed to

Defendant's Initials _____       5

withdraw from the plea agreement, and the defendant will not be allowed to withdraw from the plea of guilty.

9.     Acceptance of Responsibility - Three Levels

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will recommend to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG § 3E1.1(a). The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

Further, at the time of sentencing, if the defendant's offense level prior to operation of subsection (a) is level 16 or greater, and if the defendant complies with the provisions of USSG § 3E1.1(b) and all terms of this Plea Agreement, including but not limited to, the timely submission of the financial affidavit referenced in Paragraph B.5., the United States agrees to file a motion pursuant to USSG § 3E1.1(b) for a downward adjustment of one additional level. The defendant understands that the determination as to whether the defendant has qualified for a downward adjustment of a third level for acceptance of responsibility rests solely with the United States Attorney for the Middle District of Florida, and the defendant agrees that the defendant cannot

Defendant's Initials _____                    6

and will not challenge that determination, whether by appeal, collateral attack, or otherwise.

      10.    <u>Forfeiture of Assets</u>

      The defendant agrees to forfeit to the United States immediately and voluntarily any and all assets and property, or portions thereof, subject to forfeiture, pursuant to 18 U.S.C. § 2253 whether in the possession or control of the United States, the defendant or defendant's nominees.

      The assets to be forfeited specifically include, but are not limited to, the following: (1) a Samsung Galaxy A32 5G, model SM-A326U cellphone; (2) a 256 gigabyte "onn." brand microSD card; (3) a Samsung Tablet, Galaxy Tab A7 Lite, model SM-T227U; (4) a 128 gigabyte "onn." brand microSD card; (5) an HP Notebook, model 15-af131dx; (6) a 64 gigabyte SanDisk Cruzer Glide USB; and (7) another 64 gigabyte SanDisk Cruzer Glide USB, which assets facilitated the offense charged in Count Five of the Indictment.

      The defendant agrees and consents to the forfeiture of these assets pursuant to any federal criminal, civil judicial or administrative forfeiture action. The defendant also agrees to waive all constitutional, statutory and procedural challenges (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Plea Agreement on any grounds, including that the forfeiture described herein constitutes an

Defendant's Initials _____

excessive fine, was not properly noticed in the charging instrument, addressed by the Court at the time of the guilty plea, announced at sentencing, or incorporated into the judgment.

The defendant admits and agrees that the conduct described in the Factual Basis below provides a sufficient factual and statutory basis for the forfeiture of the property sought by the government. Pursuant to Rule 32.2(b)(4), the defendant agrees that the preliminary order of forfeiture will satisfy the notice requirement and will be final as to the defendant at the time it is entered. In the event the forfeiture is omitted from the judgment, the defendant agrees that the forfeiture order may be incorporated into the written judgment at any time pursuant to Rule 36.

The defendant agrees to take all steps necessary to identify and locate all property subject to forfeiture and to transfer custody of such property to the United States before the defendant's sentencing. The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct. The defendant further agrees to be polygraphed on the issue of assets, if it is deemed necessary by the United States. The defendant agrees that Federal Rule of Criminal Procedure 11 and USSG § 1B1.8 will not protect from forfeiture assets disclosed by the defendant as part of the defendant's cooperation.

Defendant's Initials _____                8

The defendant agrees to take all steps necessary to assist the government in obtaining clear title to the forfeitable assets before the defendant's sentencing. In addition to providing full and complete information about forfeitable assets, these steps include, but are not limited to, the surrender of title, the signing of a consent decree of forfeiture, and signing of any other documents necessary to effectuate such transfers. To that end, the defendant agrees to make a full and complete disclosure of all assets over which defendant exercises control directly or indirectly, including all assets held by nominees, to execute any documents requested by the United States to obtain from any other parties by lawful means any records of assets owned by the defendant, and to consent to the release of the defendant's tax returns for the previous five years. The defendant agrees to be interviewed by the government, prior to and after sentencing, regarding such assets and their connection to criminal conduct.

The defendant agrees that the United States is not limited to forfeiture of the property specifically identified for forfeiture in this Plea Agreement. If the United States determines that property of the defendant identified for forfeiture cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without

Defendant's Initials _____                    9

difficulty; then the United States shall, at its option, be entitled to forfeiture of any other property (substitute assets) of the defendant up to the value of any property described above. The Defendant expressly consents to the forfeiture of any substitute assets sought by the Government. The defendant agrees that forfeiture of substitute assets as authorized herein shall not be deemed an alteration of the defendant's sentence.

Forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon the defendant in addition to forfeiture.

The defendant agrees that, in the event the Court determines that the defendant has breached this section of the Plea Agreement, the defendant may be found ineligible for a reduction in the Guidelines calculation for acceptance of responsibility and substantial assistance, and may be eligible for an obstruction of justice enhancement.

The defendant agrees that the forfeiture provisions of this plea agreement are intended to, and will, survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the execution of this agreement. The forfeitability of any particular property pursuant to this agreement shall be determined as if the defendant had survived, and that determination shall be binding upon defendant's heirs, successors and assigns

Defendant's Initials _____     10

until the agreed forfeiture, including satisfaction of any preliminary order of forfeiture for proceeds.

    11.    <u>Abandonment of Property - Computer Equipment</u>

        The United States of America and defendant hereby agree that any computer equipment as defined in 18 U.S.C. § 2256, seized from the defendant and currently in the custody and/or control of the Federal Bureau of Investigation or other appropriate agency, were properly seized and are subject to forfeiture to the government according to 18 U.S.C. §§ 2253 or 2254, and/or that the computer equipment and peripherals constitute evidence, contraband, or fruits of the crime for which he has pled guilty. As such, defendant hereby relinquishes all claim, title and interest he has in the computer equipment and peripherals to the United States of America with the understanding and consent that the Court, upon approval of this agreement, hereby directs the Federal Bureau of Investigation, or other appropriate agency, to cause the computer equipment described above to be destroyed forthwith without further obligation or duty whatsoever owing to defendant or any other person.

        As part of the plea agreement in this case, defendant hereby states under penalty of perjury that he is the sole and rightful owner of the property, and that defendant hereby voluntarily abandons all right and claim to and consents to the destruction of: (1) a Samsung Galaxy A32 5G, model SM-

Defendant's Initials _____        11

A326U cellphone; (2) a 256 gigabyte "onn." brand microSD card; (3) a Samsung Tablet, Galaxy Tab A7 Lite, model SM-T227U; (4) a 128 gigabyte "onn." brand microSD card; (5) an HP Notebook, model 15-af131dx; (6) a 64 gigabyte SanDisk Cruzer Glide USB; and (7) another 64 gigabyte SanDisk Cruzer Glide USB.

      12.    <u>Sex Offender Registration and Notification</u>

      The defendant has been advised and understands, that under the Sex Offender Registration and Notification Act, a federal law, the defendant must register and keep the registration current in each of the following jurisdictions: the location of the defendant's residence, the location of the defendant's employment; and, if the defendant is a student, the location of the defendant's school.  Registration will require that the defendant provide information that includes name, residence address, and the names and addresses of any places at which the defendant is or will be an employee or a student.  The defendant understands that he must update his registrations not later than three business days after any change of name, residence, employment, or student status.  The defendant understands that failure to comply with these obligations subjects the defendant to prosecution for failure to register under federal law, 18 U.S.C. § 2250, which is punishable by a fine or imprisonment, or both.

Defendant's Initials _____          12

**B.**   **Standard Terms and Conditions**

1.   Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. ' 3663A, for all offenses described in 18 U.S.C. ' 3663A(c)(1); and the Court may order the defendant to make restitution to any victim of the offense(s), pursuant to 18 U.S.C. ' 3663, including restitution as to all counts charged, whether or not the defendant enters a plea of guilty to such counts, and whether or not such counts are dismissed pursuant to this agreement.  The defendant further understands that compliance with any restitution payment plan imposed by the Court in no way precludes the United States from simultaneously pursuing other statutory remedies for collecting restitution (28 U.S.C. ' 3003(b)(2)), including, but not limited to, garnishment and execution, pursuant to the Mandatory Victims Restitution Act, in order to ensure that the defendant=s restitution obligation is satisfied.

On each count to which a plea of guilty is entered, the Court shall impose a special assessment pursuant to 18 U.S.C. ' 3013.   The special assessment is due on the date of sentencing.  The defendant understands that this agreement imposes no limitation as to fine.

Defendant's Initials _____        13

2.    Supervised Release

The defendant understands that the offense(s) to which the defendant is pleading provide(s) for imposition of a term of supervised release upon release from imprisonment, and that, if the defendant should violate the conditions of release, the defendant would be subject to a further term of imprisonment.

3.    Immigration Consequences of Pleading Guilty

The defendant has been advised and understands that, upon conviction, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

4.    Sentencing Information

The United States reserves its right and obligation to report to the Court and the United States Probation Office all information concerning the background, character, and conduct of the defendant, to provide relevant factual information, including the totality of the defendant's criminal activities, if any, not limited to the count(s) to which defendant pleads, to respond to comments made by the defendant or defendant's counsel, and to correct any misstatements or inaccuracies.  The United States further reserves its right to

Defendant's Initials _____                    14

make any recommendations it deems appropriate regarding the disposition of this case, subject to any limitations set forth herein, if any.

    5.    <u>Financial Disclosures</u>

Pursuant to 18 U.S.C. ' 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii), the defendant agrees to complete and submit to the United States Attorney's Office within 30 days of execution of this agreement an affidavit reflecting the defendant's financial condition. The defendant promises that his financial statement and disclosures will be complete, accurate and truthful and will include all assets in which he has any interest or over which the defendant exercises control, directly or indirectly, including those held by a spouse, dependent, nominee or other third party. The defendant further agrees to execute any documents requested by the United States needed to obtain from any third parties any records of assets owned by the defendant, directly or through a nominee, and, by the execution of this Plea Agreement, consents to the release of the defendant's tax returns for the previous five years. The defendant similarly agrees and authorizes the United States Attorney's Office to provide to, and obtain from, the United States Probation Office, the financial affidavit, any of the defendant's federal, state, and local tax returns, bank records and any other financial information concerning the defendant, for the purpose of making any recommendations to the Court and for collecting any

Defendant's Initials _____        15

assessments, fines, restitution, or forfeiture ordered by the Court. The defendant expressly authorizes the United States Attorney's Office to obtain current credit reports in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court.

      6.   Sentencing Recommendations

      It is understood by the parties that the Court is neither a party to nor bound by this agreement. The Court may accept or reject the agreement, or defer a decision until it has had an opportunity to consider the presentence report prepared by the United States Probation Office. The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office. Defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement. The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's

Defendant's Initials _____      16

sentence, whether or not such decision is consistent with the government's recommendations contained herein.

7.      Defendant's Waiver of Right to Appeal the Sentence

The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal defendant's sentence on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range as determined by the Court pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by 18 U.S.C. ' 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by 18 U.S.C. ' 3742(a).

8.      Middle District of Florida Agreement

It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will

Defendant's Initials _____        17

bring defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

9.   Filing of Agreement

This agreement shall be presented to the Court, in open court or in camera, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of defendant's entry of a plea of guilty pursuant hereto.

10.   Voluntariness

The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind.   The defendant further acknowledges defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and defendant's complete satisfaction with the representation and advice received from defendant's undersigned counsel (if any).   The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to be tried by a jury with the assistance of counsel, the right to confront and cross-examine

Defendant's Initials _____   18

the witnesses against defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in defendant's defense; but, by pleading guilty, defendant waives or gives up those rights and there will be no trial.  The defendant further understands that if defendant pleads guilty, the Court may ask defendant questions about the offense or offenses to which defendant pleaded, and if defendant answers those questions under oath, on the record, and in the presence of counsel (if any), defendant's answers may later be used against defendant in a prosecution for perjury or false statement.  The defendant also understands that defendant will be adjudicated guilty of the offenses to which defendant has pleaded and, if any of such offenses are felonies, may thereby be deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

    11.   Factual Basis

         Defendant is pleading guilty because defendant is in fact guilty. The defendant certifies that defendant does hereby admit that the facts set forth in the attached "Factual Basis," which is incorporated herein by reference, are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt.

Defendant's Initials _____        19

12.   Entire Agreement

This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

13.   Certification

The defendant and defendant's counsel certify that this plea agreement has been read in its entirety by (or has been read to) the defendant and that defendant fully understands its terms.

DATED this _14th_ day of September, 2022.

ROGER B. HANDBERG
United States Attorney


Edgar George Pike
Defendant

Kara M. Wick
Assistant United States Attorney


Erin Hyde
Attorney for Defendant

Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando


Defendant's Initials _____     20

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 6:22-cr-113-CEM-EJK

EDGAR GEORGE PIKE

<u>PERSONALIZATION OF ELEMENTS</u>

Counts One and Two:

<u>First</u>:    did you knowingly receive an item or items of child
            pornography?

<u>Second</u>:   had the items of child pornography been
            transported, shipped, or mailed in interstate or
            foreign commerce including by computer? and

<u>Third</u>:    when you received the items, did you believe the
            items were or contained child pornography?

Count Five:

<u>First</u>:    did you knowingly possess an item or items of child
            pornography?

<u>Second</u>:   had the items of child pornography been
            transported, shipped, or mailed in interstate or
            foreign commerce including by computer? and

<u>Third</u>:    when you possessed the items, did you believe the
            items were or contained child pornography?

Defendant's Initials _____        21

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 6:22-cr-113-CEM-EJK

EDGAR GEORGE PIKE

## FACTUAL BASIS

On or about June 27, 2022, in the Middle District of Florida, and elsewhere, EDGAR GEORGE PIKE ("PIKE") knowingly received, and attempted to receive, child pornography in the computer file titled ptsc_Jenny 9yo daughter tied up and dog licking her.avi. In the receipt of such child pornography, PIKE used a means and facility of interstate and foreign commerce.

Additionally, on or about June 28, 2022, in the Middle District of Florida, and elsewhere, PIKE knowingly received, and attempted to receive, child pornography in the computer file titled (Pthc) !!! New 0604 !!! Luvnlilly 3Yo(1).avi. In the receipt of such child pornography, PIKE used a means and facility of interstate and foreign commerce.

Moreover, on or about June 29, 2022, in the Middle District of Florida, and elsewhere, PIKE knowingly possessed, and attempted to possess, materials that contained images of child pornography, that had been shipped and

Defendant's Initials _____                 22

transported using a means and facility of interstate and foreign commerce and had been shipped and transported in and affecting interstate and foreign commerce, and at least one image involved a prepubescent minor and a minor who had not attained 12 years of age. On each of these occasions, (that is, on June 27, 28, and 29, 2022), the items of child pornography had been transported in interstate or foreign commerce including by computer.

### A. Background of the Investigation

On June 23, 2022, a Homeland Security Investigations ("HSI") Special Agent (the "SA") was conducting an investigation in his undercover capacity on the BitTorrent peer-to-peer ("P2P") file sharing network.[1] A connection was made between the SA's investigative computer and a computer/computing device running BitTorrent software having an assigned IP address of 73.24.81.242 (the "TARGET IP ADDRESS"). It was determined that the device at the TARGET IP ADDRESS was configured to allow any BitTorrent client computer to browse and download from the device's designated shared folder.

---

[1] The BitTorrent network is a publicly available P2P file sharing network. Most computers that are part of this network are referred to as "peers" or "clients." A peer/client can simultaneously provide files to some peers/clients while downloading files from other peers/clients.

Defendant's Initials _____                 23

From June 23, 2022, at approximately 11:13 hours EDT (GMT/UTC - 4), to June 23, 2022, at approximately 20:34 hours EDT (the "Target Time Period"), the BitTorrent software established a direct connection to the device at the TARGET IP ADDRESS.  At least one of the files shared by the device had a hash value that had previously been identified as being a file of investigative interest to child pornography investigations.  These files were shared by the device at the TARGET IP ADDRESS.  A download was successfully completed of 93 files that the device at the TARGET IP ADDRESS was making available at that time, which other users accessing the BitTorrent Network could download.  Furthermore, the device located at the TARGET IP ADDRESS was the sole candidate for the download, and as such, the files were downloaded directly from the TARGET IP ADDRESS.

Once the downloads were complete, the SA viewed the files and observed numerous videos of children being sexually exploited. Of the approximately 93 files that were downloaded during the Target Time Period, the following is a representative sample of four of the files (collectively, the "CP Files"):

1. **File name**: ptsc_Jenny 9yo daughter tied up and dog licking her.avi

**File SHA1 hash:** YF5RM6PHDSCPJIZOND5UKOHOJKCOB7TL
**File description:** This is a color video file approximately 2 minutes and 6 seconds in length. The video depicts a nude prepubescent female approximately 9 years of age blindfolded and bound at the wrists and ankles to a bed with yellow rope.   The child has long blondish brown hair and no breast

Defendant's Initials                              24

development.  A yellow dog wearing an orange collar licks the girl's abdomen and vaginal area.  An unidentified person (possibly the video recorder) rubs butter on the girl's vagina to encourage the dog to continue licking.  In the meantime, the girl simultaneously performed oral sex on an adult male's penis.  This video depicts a known victim as previously identified by law enforcement and NCMEC.

   2.  **File name:** (Pthc) !!! New 0604 !!! Luvnlilly 3Yo(1).avi

**File SHA1 hash:** NYSP2F3GPJGNHZSKO6P2HCVTJEDFVUTS
**File description:** This is a color video approximately 7 minutes and 30 seconds in length. The video depicts a prepubescent female who appears to be approximately 4 - 5 years of age, nude and lying on her back while an adult male penetrates her vagina with his penis.  The female fondles the male's penis with her hand and mouth.

   3.  **File name:** !!! NEW Pthc - 0607!!! kelly - 7yo backyard fuck & pedo kittycum.mpg

**File SHA1 hash:** TLUTO4XE5PAVUAIAJOHH6JBYTZSE4QRE
**File description:** This is a color video approximately 3 minutes and 52 seconds in length. The video depicts a prepubescent female who appears to be approximately 7 years of age, initially clothed and playing in what appears to be a back yard.  An adult male's face is shown in portions of the video.  The video transitions to the female lying nude and lying on her back while an adult male masturbates and ejaculates onto her vagina while holding it open and fondling her.  He then rubs his penis against her vagina, and licks her vagina.

   4.  **File name:** (PTHC) Kelly 8Yo - Sucking & Trying Fuck.avi

**File SHA1 hash:** BOCGULSVYUI3PDD6SIZWTTXZX5SRVST6
**File description:**   This is a color video approximately 3 minutes and 4 seconds in length. The video depicts a nude prepubescent female who appears to be approximately 6 to 8 years of age. The video begins with the child on a bed, an adult male appears lying on the bed while the child performs oral sex on him.

Defendant's Initials _____        25

The video transitions to the adult male penetrating the child's vagina with his penis.

Investigation showed that the TARGET IP ADDRESS was leased to Comcast. On June 23, 2022, the SA served a summons on Comcast requesting subscriber and connection records for the TARGET IP ADDRESS during the Target Time Period. On or about June 23, 2022, Comcast responded to the summons with records indicating that, during that time period, the TARGET IP ADDRESS was assigned to PIKE's wife at a certain residential property located in Orlando, Florida (the "SUBJECT PREMISES").

### B. *Search of the SUBJECT PREMISES and Post-Miranda Interview*

On June 28, 2022, HSI Orlando applied for and obtained a search warrant for the SUBJECT PREMISES (United States District Court for the Middle District of Florida, Case No. 6:22-mj-1662). On June 29, 2022, HSI Orlando, with the assistance of the Florida Department of Law Enforcement ("FDLE") and the Orange County Sheriff's Office ("OCSO"), executed the federal search warrant at the SUBJECT PREMISES. During execution, agents encountered PIKE and other subjects inside the residence.

During the post-Miranda interview with PIKE, he stated that he had a Samsung cellular phone, a Samsung tablet and a laptop computer located in his bedroom. During the search of PIKE's room, agents recovered those electronic devices from his bedroom. According to PIKE, all of these devices were his

Defendant's Initials _____        26

and no one else used or had access to his devices.  PIKE stated that he used

these devices to connect to the internet via his internet service, which was under

his wife's name.  PIKE stated that he used his wife to obtain the internet at the

SUBJECT PREMISES.[2]

During the interview, PIKE admitted to using the Samsung tablet to seek

out and download child pornography via a BitTorrent application.  PIKE stated

that he downloaded the application from the Google Play Store on the tablet.

Once downloaded, he installed the application and completed the setup in order

to search for child pornography files on the internet.  PIKE stated he used search

terms such as "Kiddie", "PTHC", "R@ygold" and "Yakuza" to find the desired

child pornography files.  Once located, he would then initiate the download of

the child pornography files.  Once the download completed, he would view the

files on his electronic device.

PIKE indicated that he was primarily interested in child pornography

files depicting female children from the age of 4 to 12 years of age.  The SA

reviewed a list of some of the files downloaded from the TARGET IP

ADDRESS used by PIKE, many of which contained the same search terms in

---

[2] During post-Miranda interviews with the other subjects (excluding PIKE),
each denied having any knowledge of child pornography being downloaded
and/or shared online from the SUBJECT PREMISES.

Defendant's Initials _____          27

the file names. PIKE reviewed the list and indicated that he recognized the files as many of the files he downloaded using the BitTorrent application. PIKE stated he intentionally saved these files in another folder he created on an attached SD card installed in the Samsung tablet.

### *Forensic Analysis of Electronic Devices*

Forensic analysis was completed on each of PIKE's electronic devices, including: (1) a Samsung Galaxy A32 5G, model SM-A326U cellphone; (2) a 256 gigabyte "onn." brand microSD card; (3) a Samsung Tablet, Galaxy Tab A7 Lite, model SM-T227U; (4) a 128 gigabyte "onn." brand microSD card;[3] (5) an HP Notebook, model 15-af131dx;[4] (6) a 64 gigabyte SanDisk Cruzer Glide USB; and (7) another 64 gigabyte SanDisk Cruzer Glide USB (collectively, the "Electronic Devices").[5] During the forensic analysis of the Electronic Devices, analysts found hundreds of images and videos of child pornography, including the above-described CP Files, which had been downloaded from the TARGET IP ADDRESS on or about June 23, 2022 (which serves the basis of Count Five of the Indictment). Collectively, 1,896 images of child pornography and 425

---

[3] Both MicroSD cards contained the country-of-origin markings of being manufactured in Taiwan.

[4] The 500 gigabyte hard drive inside the HP Notebook contained the country-of-origin markings of being manufactured in China.

[5] Both ScanDisk Cruzer Glides contained the country-of-origin markings of being manufactured in Malaysia.

Defendant's Initials _____      28

videos of child pornography were located on the Electronic Devices, including

child pornography images showing bestiality, sadistic and masochistic conduct,

and penetration of children under 12 years of age.

### C. *PIKE's Sexual Offender History*

In 2005, PIKE was adjudicated guilty of attempted capital sexual battery,

in violation of Florida Statute Section 794.011(2). PIKE was sentenced to 20

years' imprisonment with credit for 204 days' time served, to be followed by a

term of probation of 10 years. PIKE is classified by the state of Florida as a

sexual offender and was on sex offender probation at the time of the instant

offense.

Defendant's Initials _____          29