UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-113-CEM-EJK

**EDGAR GEORGE PIKE**

AUSA: Shannon Laurie on behalf of Kara Wick

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **September 21, 2022** 11:22 A.M. – 11:34 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 12 Minutes | | |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called. Appearances taken.

Court inquired with defendant and advised of rights.

Defendant proffered a plea of guilty to Count One, Two, and Five of the Indictment. The Court accepted the plea and adjudicated the defendant guilty. Defendant remains in custody pending sentencing.

Sentencing set for Tuesday December 13, 2022, at 9:30 AM.

Court is adjourned.