UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      Case No. 6:22-cr-113-CEM-EJK

EDGAR GEORGE PIKE,

     Defendant.

_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

     Edgar George Pike, by and through his undersigned counsel, and without opposition from the United States, respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for December 15, 2022 in above-styled case.  As grounds in support thereof, Mr. Pike states the following:

     1.     Mr. Pike plead guilty, with the benefit of a Plea Agreement, to counts One, Two and Five of the Indictment on September 21, 2022, before this Honorable Court. Docs. 14, 33 and 38.

     2.     This Court has scheduled the sentencing hearing for December 15, 2022. Doc. 40. Undersigned counsel is requesting a continuance of the sentencing hearing to sometime during the month of February 2023 that is most convenient to this Court. Undersigned counsel requires more time in order to properly complete a mitigation package for this Court's review and consideration before sentencing Mr. Pike.

3.      Due to the uptick in Covid and the two hurricanes, Ian and Nicole, that have come through Central Florida in the last two months, consulting with and scheduling potential experts has been incredibly challenging.  Additionally, there are outstanding requests for mitigation records from Veteran's Affairs and the Florida Department of Corrections that the undersigned deems necessary in order to effectively investigate potential mitigation in this case.

4.      Mr. Pike has consulted with undersigned counsel and agrees there is a need for a continuance of his sentencing hearing.

5.      Undersigned counsel has consulted with Assistant United States Attorney Kara Wick who does not object to the request for a continuance.

6.      Mr. Pike continues to be held in custody at the Orange County Jail.

7.      This motion if filed in good faith and not for unnecessary delay.

## MEMORANDUM

A District Court has the inherent power to control its own docket.  See, e.g., *Clinton v. Jones*, 117 S.Ct 1636, 1650 (1997) (discussing district court's "broad discretion to stay proceedings as an incident to its power to control its own docket."). The granting or denying of a motion for continuance by either Party "is left to the sound discretion of the trial judge, and his discretion will not be set aside absent a showing of a clear abuse of that discretion." *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985); *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986).

Pursuant to Federal Rule of Criminal Procedure 32(b)(1), a district court is required to "impose sentence without unnecessary delay."  The Rule also provides that

the district court "may, for good cause, change any time limits prescribed in this rule."

Fed. R. Crim. P. 32(b)(2).  In *Betterman v. Montana*, 136 S. Ct. 1609, 1612 (2016), the

Supreme Court held that the Sixth Amendment's speedy trial guarantee does not apply

once a defendant has been found guilty at trial or has pleaded guilty to criminal

charges.

Mr. Pike respectfully submits that the above factors constitute a good faith basis

for granting this requested continuance of his sentencing hearing to sometime

convenient to this Court during the month of February 2023.

Respectfully submitted this 18th day of November 2022.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER, MDFL

*/s/ Erin Brenna Hyde*
Erin Brenna Hyde, Esq.
Florida Bar No. 0026248
Office of the Federal Defender
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: erin_hyde@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing

*Unopposed Motion to Continue Sentencing* with the Clerk of Court (CM/ECF) by using

the CM/ECF system which will send a notice of electronic filing to Kara Wick,

Assistant United States Attorney, this the 18th day of November 2022.

*/s/ Erin B. Hyde*
Attorney for Defendant